**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7819**

———————

WAYNE DOUGLAS BUTTS,

Plaintiff - Appellant,

versus

MR. STUBBLEFIELD, Master Jail Officer; MR.
CHASE, Sgt./Supervisor Laundry; MR. REEVES,
Sgt./Housing Unit Manager; MR. FOX,
Sgt./Hearings Officer; D. L. SIMONS, Asst.
Superintendent,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-02-873)

———————

Submitted: April 17, 2003              Decided: May 28, 2003

———————

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Wayne Douglas Butts, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne Douglas Butts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court.  See Butts v. Stubblefield, No. CA-02-873 (E.D. Va. filed Nov. 18, 2002, entered Nov. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2